UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON RANSOM,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO HOUSING REDEVELOPING AGENCY, et al.,<br><br>    Defendants. | No. 2:17-cv-01366 TLN AC (PS)<br><br>ORDER |

    Plaintiff, who has been granted in forma pauperis status, is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On October 4, 2017, defendant Volunteers of America and defendant Gretchen Angele each filed a motion for a more definite statement. ECF Nos. 7 and 8. The motions are currently set to be heard on November 8, 2017. Id. Plaintiff has not responded to the motions. Also pending is a motion to dismiss, set for hearing on November 29, 2017, brought by defendant Sacramento Housing Redeveloping Agency. ECF No. 15.

    Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides

that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. Hearing on both motions for a more definite statement (ECF Nos. 7 and 8) is CONTINUED to November 29, 2017, at 10:00 a.m. in Courtroom No. 26;
2. The motion to dismiss (ECF No. 15) will remains set for hearing on November 29, 2017, at 10 a.m. in Courtroom No. 26;
3. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to each pending motion (ECF Nos. 7, 8, and 15), no later than November 15, 2017. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and may result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: October 26, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2