UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON RANSOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO HOUSING REDEVELOPING AGENCY, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-01366-TLN-AC<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 14, 2017, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 25.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　1. The findings and recommendations filed December 14, 2017, are adopted in full;

　2. Defendants' motion to dismiss (ECF No. 15) is granted;

1

3. Plaintiff's complaint is dismissed in its entirety, with leave to amend within 30 days of the date of this Order;

4. Defendants' motions for a more definite statement (ECF Nos. 7 and 8) are denied as moot.

Dated: 2/12/2018

Troy L. Nunley
United States District Judge